JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY<br><br>Plaintiff,<br>v.<br>CLIFFORD DOUGLAS; ELAINE DOUGLAS; CLIFFORD DOUGLAS dba Pasadena Fish Market; AND DOES 1 THROUGH 10, Inclusive<br><br>Defendants. | Case No.: 2:16cv09496 AB AJW<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL OF THE ENTIRE CASE WITH PREJUDICE |

///

///

///

Pursuant to the Joint Stipulation For Dismissal With Prejudice on file herein by the parties and for Good Cause shown:

All Defendants are dismissed with prejudice from Plaintiff's Complaint. Additionally, Plaintiff's Complaint is dismissed with prejudice in its entirety. Each party shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED**

Dated: August 30, 2017

By: _____
Honorable André Birotte Jr.
United States District Judge